342

**Fernando M. SMITH, Plaintiff—Appellant,**

v.

**BUREAU OF PRISONS; B.G. Compton, Defendants—Appellees.**

No. 04–7862.

United States Court of Appeals, Fourth Circuit.

Submitted April 29, 2005.

Decided May 11, 2005.

Fernando M. Smith, Appellant pro se.

Thomas Linn Eckert, Assistant United States Attorney, Roanoke, Virginia, for Appellees.

Before MOTZ and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Fernando M. Smith, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his petition filed under 28 U.S.C. § 2241 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the magistrate judge as adopted by the district court. *See Smith v. Bureau of Prisons,* No. CA–03–662–7–SGW (W.D.Va. Oct. 25, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*